**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 9:26-cv-80313-AMC

DANIEL ALLAN SULNER,

      Plaintiff,

v.

JAG SUBS 2, INC. D/B/A FIREHOUSE
SUBS 1223 *et al.*,

      Defendants.

_____/

**SUMMONS IN A CIVIL ACTION**

To:      Defendant:    Jag Subs 2, Inc. d/b/a Firehouse Subs 1223
      Registered Agent:  Allan Lampert
                   7264 Amber Falls Lane
                   Boynton Beach, Florida 33437

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dillon S. Cuthbertson, Esq.
Koz Law, P.A.
800 East Cypress Creek Road, Suite 421
Fort Lauderdale, Florida 33334

Tel:   (786) 924-9929
Fax:  (786) 358-6071
Email: dc@kozlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Mar 23, 2026



**SUMMONS**

*s/ Clifford Charles*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.   9:26-cv-80313-AMC

DANIEL ALLAN SULNER,

     Plaintiff,

v.

JAG SUBS 2, INC. D/B/A FIREHOUSE
SUBS 1223 *et al.*,

     Defendants.

_____/

**SUMMONS IN A CIVIL ACTION**

To:         Defendant:     Allan Lampert
                                    7264 Amber Falls Ln
                                    Boynton Beach, Florida 33437

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dillon S. Cuthbertson, Esq.
Koz Law, P.A.
800 East Cypress Creek Road, Suite 421
Fort Lauderdale, Florida 33334

Tel:   (786) 924-9929
Fax:  (786) 358-6071
Email: dc@kozlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Mar 23, 2026



**SUMMONS**

*s/ Clifford Charles*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.   9:26-cv-80313-AMC

DANIEL ALLAN SULNER,

      Plaintiff,

v.

JAG SUBS 2, INC. D/B/A FIREHOUSE
SUBS 1223 *et al.*,

      Defendants.

_____/

**SUMMONS IN A CIVIL ACTION**

To:        Defendant:      Gayle Lampert
                                   7264 Amber Falls Ln
                                   Boynton Beach, Florida 33437

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Dillon S. Cuthbertson, Esq.
        Koz Law, P.A.
        800 East Cypress Creek Road, Suite 421
        Fort Lauderdale, Florida 33334

      Tel:  (786) 924-9929
      Fax:  (786) 358-6071
      Email: dc@kozlawfirm.com

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Mar 23, 2026



**SUMMONS**

*s/ Clifford Charles*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court